COMMONWEALTH of Pennsylvania, Respondent

v.

James E. STYLES, Petitioner

No. 135 EAL 2017

Supreme Court of Pennsylvania.

August 23, 2017

## ORDER

PER CURIAM

**AND NOW,** this 23rd day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**